IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HIGHWAY TECHNOLOGIES, INC., *et al.*,<br><br>     Debtors. | Chapter 11<br><br>Case No. 13-11326 (KJC)<br><br>(Jointly Administered) |
| JASON MCLAIN and THOMAS WACHSMAN, individually and on behalf of all other similarly situated former employees,<br><br>     Plaintiffs.<br><br>     v.<br><br>HIGHWAY TECHNOLOGIES, INC.,<br><br>     Defendant. | Adv. Proc. No. 13-51106 (KJC) |

**CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING STIPULATION CONTINUING PRETRIAL CONFERENCE**

The undersigned hereby certifies that:

1. On May 30, 2013, Jason McLain and Thomas Wachsman (the "Named Plaintiffs"), filed and served the *Class Action Adversary Proceeding Complaint for (1) Violation of the WARN Act 29 U.S.C. § 2101, et seq. and (2) State Wage Payment Laws* (the "WARN Complaint") initiating the above-captioned adversary proceeding alleging violations of the Worker Adjustment and Retraining Notification Act, 29 U.S.C. § 2101 *et. seq.* (the "WARN Act"). A summons was issued and served upon Highway Technologies, Inc. (the "Debtor") and the last day for the Debtor to respond to the WARN Complaint was originally June 29, 2013.

2.  Pursuant to the *Stipulation Extending Time for Debtor to Respond to Complaint* [Docket No. 5-1], the Parties agreed and stipulated that the time for the Debtor to answer, or otherwise respond, to the WARN Complaint or any amneded complaint shall be extended indefinitely.  Furthermore, pursuant to the *Order Approving Stipulation Extending Time for Debtor to Respond to Complaint* [Docket No. 5], the Court continued the pretrial conference to August 29, 2013 at 2:30 p.m. (Eastern Time).

3.  At the present time it is unclear whether there will be sufficient assets in the Debtor's estate to make distributions to unsecured creditors, including the former employees of the Debtor based on the alleged violations of the WARN Act.  Until more information exists on this issue, the parties do not wish to expend their or the Court's resources on this litigation.

4.  Accordingly, the parties wish to further continue the pretrial conference to October 16, 2013 at 2:00 p.m. (Eastern Time).

5.  Attached hereto is a proposed form of order (the "Proposed Order") which approves the stipulation continuing the pretrial conference.  The stipulation entered into by the parties is attached as Exhibit A to the Proposed Order.

WHEREFORE, the Debtor and the Named Plaintiffs respectfully request that the Court enter the Proposed Order at its earliest convenience.

Dated:   August 23, 2013        PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Richard M. Pachulski (CA Bar No. 90073)
Debra I. Grassgreen (CA Bar No. 169978)
Bruce Grohsgal (DE Bar No. 3583)
John W. Lucas (NY Bar No. 4288379)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
Telephone: 302/652-4100
Facsimile: 302/652-4400
E-mail:      rpachulski@pszyjw.com
             dgrassgreen@pszjlaw.com
             bgrohsgal@pszjlaw.com
             jlucas@pszjlaw.com

Counsel to the Debtors and Debtors in Possession