IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HIGHWAY TECHNOLOGIES INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 13-11326 (KJC)<br>(Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR
AUGUST 29, 2013 AT 2:30 P.M. BEFORE THE HONORABLE KEVIN J. CAREY
AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF
DELAWARE, LOCATED AT 824 MARKET STREET, 5TH FLOOR,
COURTROOM NO. 5, WILMINGTON, DELAWARE 19801**

Any party participating telephonically must make arrangements through
CourtCall by telephone (866-582-6878) or facsimile (866-533-2946),
no later than 12:00 p.m., one (1) business day before the hearing.

## CONTINUED MATTERS:

1. Motion of the Official Committee of Unsecured Creditors to Convert Cases to Chapter 7 (Filed June 6, 2013; Docket No. 147)

    **Objection Deadline:** June 20, 2013 at 4:00 p.m.

    **Objections/Responses:** None to date.

    **Related Documents:**

    (a) [signed] Order Limiting Notice of "Motion of the Official Committee of Unsecured Creditors to Convert Cases to Chapter 7" (Entered June 10, 3013; Docket No. 185)

    **Status:** This matter is continued to September 19, 2013 at 2:00 p.m. The Court entered an order approving the settlement agreement on August 14, 2013 [Docket No. 499]. Pursuant to the approved settlement agreement, the Committee will withdraw the motion to convert upon the effective date of the settlement. The Debtors expect that this matter will be withdrawn.

---

[1] The Debtors in these proceedings and the last four digits of each Debtor's federal taxpayer identification number are as follows: Highway Technologies, Inc. (6608); and HTS Acquisition, Inc. (9831). The Debtors' mailing address is 6800 Dixie Drive, Houston, Texas 77087.

## CONTINUED PRETRIAL CONFERENCE:

2. Complaint *for (1) Violation of the WARN Act 29 U.S.C. 2101, et seq. and (2) State Wage Payment Laws* by Jason McLain and Thomas Wachsman, individually and on behalf of all other similarly situated former employees against Highway Technologies, Inc. (Filed May 30, 2013; Docket No. 85; A-13-51106, Docket No. 1)

   **Answer due:** Extended indefinitely for Debtors

   **Answer/Responses:** None to date.

   **Related Documents:**

   (a) Summons and Notice of Pretrial Conference (Filed May 30, 2013, A-13-51106, Docket No. 3)

   (b) [signed] Order Approving Stipulation Extending Time for Debtor to Respond to Complaint (Entered June 10, 2013, A-13-51106, Docket No. 5)

   (c) Certification of Counsel Regarding Order Approving Stipulation Continuing Pretrial Conference (Filed August 23, 2013; A-13-51105, Docket No. 6)

   **Status:** The parties have agreed to continue the pretrial conference in this matter to the omnibus hearing on October 16, 2013 at 2:00 p.m. and have filed a proposed form of order with a stipulation under certification of counsel. Accordingly, no hearing is necessary.

## RESOLVED MATTERS:

3. Pinellas LLC's Motion (A) for Relief from the Automatic Stay and (B) to Compel Rights of Inspection and Access to Premises (Filed July 2, 2013; Docket No. 314)

   **Objection Deadline:** July 10, 2013 at 12:00 Noon

   **Objections/Responses:**

   (a) Debtors' Objection to Pinellas LLC's Motion (A) for Relief from the Automatic Stay and (B) to Compel Rights of Inspection and Access to Premises (Filed July 2, 2013; Docket No. 349)

   **Related Documents:**

   (a) [signed] Order Granting Motion Shortening Time for Notice (Entered July 2, 2013; Docket No. 317)

   **Status:** This matter has been resolved in principle. The Debtors intend to present a consent order to the Court prior to the hearing.

**CONTESTED MATTERS:**

4. Debtors' Fifth Motion for the Entry of an Order Authorizing the Debtors to (A) Reject Certain Non-Residential Real Property Leases Pursuant to 11 U.S.C. Section 365 and (B) Abandon Any Personal Property Located at Such Premises, and (C) Fix a Bar Date for Claims of Counterparties (Filed August 8, 2013; Docket No. 479)

    **Objection Deadline:** August 22, 2013 at 4:00 p.m.

    **Objections/Responses:**

    (a) Letter Objection of Dragoon Properties LLC (Dated August 16, 2013; Not on Court's docket)

    (b) Limited Objection of the Veroorn Family Trust to the Fifth Motion for the Entry of an Order Authorizing the Debtors to (A) Reject Certain Non-Residential Real Property Leases Pursuant to 11 U.S.C. Section 365 and (B) Abandon Any Personal Property Located at Such Premises, and (C) Fix a Bar Date for Claims of Counterparties (Filed August 8, 2013; Docket No. 479 (Filed August 22, 2013; Docket No. 538)

    (c) Informal Objection of Pinellas LLC and Jupej LLC

    **Reply:**

    (a) Omnibus Reply of the Debtors to the Limited Objections to Fifth Motion for the Entry of an Order Authorizing the Debtors to (A) Reject Certain Non-Residential Real Property Leases Pursuant to 11 U.S.C. Section 365 and (B) Abandon Any Personal Property Located at Such Premises, and (C) Fix a Bar Date for Claims of Counterparties (Filed August 8, 2013; Docket No. 479 (Filed August 26, 2013; Docket No. 544)

    **Status:** The Debtors have filed an omnibus reply to the objections. The Debtors anticipate filing a revised form of order under certification of counsel before the hearing or will present a revised form of order at the hearing. In addition, the Debtors are attempting to resolve the informal objection of Pinellas LLC and Jupej LLC, which is related to item no. 3 of this agenda.

5. Motion of J&R Partnership to Compel Payment of Real Estate Taxes and Certain Related Fees and Expenses Pursuant to 11 U.S.C. Section 365 (d)(3) (Filed August 19, 2013; Docket No. 521)

    **Objection Deadline:** August 28, 2013 at 1:00 p.m.

    **Objections/Responses:** None to date.

3

**Related Documents:**

(a)     [signed] Order Shortening Notice (Entered August 20, 2013; Docket No. 525)

**Status:**  This matter is going forward.

Dated:  August 27, 2013                                  PACHULSKI STANG ZIEHL & JONES LLP

/s/ Richard M. Pachulski

Richard M. Pachulski (CA Bar No. 90073)
Debra I. Grassgreen (CA Bar No. 169978)
Bruce Grohsgal (DE Bar No. 3583)
John W. Lucas (NY Bar No. 4288379)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
E-mail:         rpachulski@pszjlaw.com
                    dgrassgreen@pszjlaw.com
                    bgrohsgal@pszjlaw.com
                    jlucas@pszjlaw.com
                    pkeane@pszjlaw.com

Counsel for the Debtors and Debtors in Possession

DOCS_DE:189122.1 36024/002

4